

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00839-CV

**BELL SUPPLY COMPANY LLC**,
Appellant and Cross-Appellee

v.

**MAJESTY INVESTMENT LLC** d/b/a Clear Creek Equipment,
Appellee and Cross-Appellant

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-00191-CVK
Honorable Stella Saxon, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: March 26, 2014

JOINT MOTION TO DISMISS GRANTED; DISMISSED

The parties filed an agreed motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). All pending motions and the appeal are dismissed.

The motion does not disclose an agreement of the parties regarding the assessment of costs; accordingly, all costs of appeal will be assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM